## STATE v. NATALLIE DOBBS.

(Filed 28 November, 1951.)

**Criminal Law § 77a—**

> Where the record contains no warrant or indictment the appeal will be dismissed for want of essential parts of the record.

APPEAL by defendant from *Sink, J.,* June Term, 1951, of GASTON.

The defendant was tried in Superior Court and found guilty of having in her possession three pints of nontax-paid liquor.

From the judgment entered on the verdict, the defendant appeals, and assigns error.

*Attorney-General McMullan, Assistant Attorney-General Moody, and Robert B. Broughton, Member of Staff, for the State.*

*Frank P. Cooke for defendant, appellant.*

PER CURIAM. While the assignments of error appear to be without merit, they are not properly before us for consideration.

The record filed in this Court is fatally defective for the reason that no warrant or bill of indictment appears therein.

The appeal is dismissed on authority of *S. v. Dry,* 224 N.C. 234, 29 S.E. 2d 698; *S. v. Currie,* 206 N.C. 598, 174 S.E. 447; *Pruitt v. Wood,* 199 N.C. 788, 156 S.E. 126.

Appeal dismissed.